UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-07134-MWC-SK                                    Date: July 8, 2026

Title:      US Bank Trust National Association v. Beniamin Shahinyan *et al.*

Present:  The Honorable Michelle Williams Court, United States District Judge

|  T. Jackson  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:                        Attorneys Present for Defendants:
                N/A                                                                N/A

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION (DKT. 1)**

　　Defendant Beniamin Shahinyan's notice of removal asks the Court to exercise subject matter jurisdiction of an unlawful detainer action.  *See* Dkt. # 1.  Federal courts, however, lack jurisdiction over unlawful detainer actions.  *See, e.g.*, *Fed. Home Loan Mortg. Corp. v. Zander*, No. CV-12-59-SHE-RKS, 2012 WL 4592133, at *1 (D. Mont. Aug. 28, 2012) ("Federal courts have no jurisdiction over unlawful detainer actions which are strictly within the province of the state court." (citation omitted)).

　　Accordingly, the Court **ORDERS** Defendant to **SHOW CAUSE** in writing by end of day on July 22, 2026, as to why the Court should not *sua sponte* remand the case for lack of subject matter jurisdiction.  Failure to respond will result in remand.

　　**IT IS SO ORDERED.**

                                                                                                    :
                                                        **Initials of Preparer**   TJ